**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____ Chapter **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Cynthia R. Satko, D.D.S.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **AKA Satko Oral Surgery** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **36-3855825** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **800 Hillgrove Ave, Suite 202** <br> **Western Springs, IL 60558** | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Cook** | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | |

| | | |
|---|---|---|
| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

| Debtor | Cynthia R. Satko, D.D.S. | Case number (if known) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

- ☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

6212

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check **all** that apply:*
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☒ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District _____ | When _____ | Case number, if known _____ | |

Debtor   **Cynthia R. Satko, D.D.S.**                                    Case number (*if known*) _____
         Name

---

**11. Why is the case filed in *this district?***   *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

   Contact name _____

   Phone _____

---

## ▮ Statistical and administrative information

**13. Debtor's estimation of available funds**   .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☒ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Cynthia R. Satko, D.D.S.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 30, 2023**
MM / DD / YYYY

**X** **/s/  Cynthia Satko**                    **Cynthia Satko**
Signature of authorized representative of debtor          Printed name

Title    **President**

---

**18. Signature of attorney**

**X** **/s/ Jon Dowat**                    Date    **December 30, 2023**
Signature of attorney for debtor                    MM / DD / YYYY

**Jon Dowat 6284536**
Printed name

**Thinking Outside the Box Law Inc**
Firm name

**40 Shuman Blvd., Suite 320**
**Naperville, IL 60563**
Number, Street, City, State & ZIP Code

Contact phone    **(630) 225-9840**        Email address    **email@otblaw.com**

**6284536 IL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Cynthia R. Satko, D.D.S.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 30, 2023**         X **/s/   Cynthia Satko**
                                              Signature of individual signing on behalf of debtor

                                              **Cynthia Satko**
                                              Printed name

                                              **President**
                                              Position or relationship to debtor

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **Cynthia R. Satko, D.D.S.**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................... $       **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................................ $       **48,791.67**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................. $       **48,791.67**

---

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $       **0.00**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................................. $       **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$       **226,083.67**

4.    **Total liabilities** ...........................................................................................................................
    Lines 2 + 3a + 3b                                                                                                                                                    $       **226,083.67**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name   **Cynthia R. Satko, D.D.S.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)     Type of account     Last 4 digits of account number

4.    **Other cash equivalents** *(Identify all)*

    4.1.   **Business Checking Account Wintrust**      **$3,000.00**

5.    **Total of Part 1.**     **$3,000.00**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☒ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

    7.1.   **Security deposit for office lease**      **$3,791.67**

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**     **$3,791.67**
Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   **Cynthia R. Satko, D.D.S.**_____   Case number *(If known)* _____
Name

10. **Does the debtor have any accounts receivable?**

☒ No.   Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |

13. **Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**Miscellaneous office furniture including: custom workstation base cabinet with overhead cabinet; recovery room chairs; stools; armoires; coat rack** | **$0.00** | | **Unknown** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**HP Laser Jet Pro MFPM428fdn printer** | **$0.00** | | **Unknown** |
| **6 Dell Optiplex 3020 workstations** | **$0.00** | | **Unknown** |
| **5 Dell monitors, keyboards, and mice** | **$0.00** | | **Unknown** |
| **4 Polycom telephones** | **$0.00** | | **Unknown** |
| **3 Simplified Systems 18 button communicators** | **$0.00** | | **Unknown** |
| **Dell Optiplex 3060** | **$0.00** | | **Unknown** |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor    **Cynthia R. Satko, D.D.S.**                                     Case number *(If known)* _____
Name

| **HP LP 2065 monitor, keyboard, mouse** | **$0.00** | | **Unknown** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** | **$0.00** |
Add lines 39 through 42.   Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of<br>debtor's interest**<br>(Where available) | **Valuation method used<br>for current value** | **Current value of<br>debtor's interest** |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

| **Porter Manifold with two oxygen regulators<br>and two nitrous regulators and alarm** | **$0.00** | | **Unknown** |
| **Porter wall mount alarm panel** | **$0.00** | | **Unknown** |
| **Matrix nitrogen manifold and regulators** | **$0.00** | | **Unknown** |
| **Ceramic space heater** | **$0.00** | | **Unknown** |
| **2 Amerex fire extinguishers** | **$0.00** | | **Unknown** |
| **Planmeca Promax 2D Panoramic<br>Model # Promax S/N RPX235280<br>Manufactured 2005-06** | **$0.00** | | **Unknown** |
| **2 Costco step stools** | **$0.00** | | **Unknown** |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Cynthia R. Satko, D.D.S.**                          Case number *(If known)* _____
          <sub>Name</sub>

| Description | Value | | |
|---|---|---|---|
| **Matrix Oxygen outlet station** | $0.00 | | **Unknown** |
| **DCI vacuum accessory kit** | $0.00 | | **Unknown** |
| **Patterson Model Trimmer** | $0.00 | | **Unknown** |
| **Forest 2 HP control unit with three-way syringe** | $0.00 | | **Unknown** |
| **2 Star Titans slow speed handpiece with attachments** | $0.00 | | **Unknown** |
| **Star highspeed handpiece** | $0.00 | | **Unknown** |
| **Millwood Services custom base cabinet with stainless steel sink, faucet, Sprayer, model trimmer ray** | $0.00 | | **Unknown** |
| **Plasmaterm H Endoret** | $0.00 | | **Unknown** |
| **Endoret Therapy Unit** | $0.00 | | **Unknown** |
| **Miscellaneous lab instruments and supplies** | $0.00 | | **Unknown** |
| **Sonic Weld Unit** | $0.00 | | **Unknown** |
| **Midmark M11 Ultraclave automatic sterilizer** | $0.00 | | **Unknown** |
| **L & R Sweep Zone recessed ultrasonic cleaner with basket** | $0.00 | | **Unknown** |
| **Home under cabinet mount unit** | $0.00 | | **Unknown** |
| **Cold sterilizer** | $0.00 | | **Unknown** |
| **Millwood Services base cabinet with stainless steel sink, faucet, sprayer and bank of storage** | $0.00 | | **Unknown** |
| **RamVac Bulldog Dental Vacuum System with 15 gallon holding tank** | $0.00 | | **Unknown** |
| **Dental-Eze Custom Air Dental Air compressor** | $0.00 | | **Unknown** |
| **Dental-Eze Stack Rack** | $0.00 | | **Unknown** |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor   **Cynthia R. Satko, D.D.S.**
Name

Case number *(If known)* _____

| | | |
|---|---|---|
| **Aluminum Stepladder--Flip Top Tray** | $0.00 | Unknown |
| **Netgear Gigabet Switches** | $0.00 | Unknown |
| **Ram Vac Low Voltage control panel** | $0.00 | Unknown |
| **Insignia wall mount TV and mount** | $0.00 | Unknown |
| **Parts Warehouse vacuum accessory kit** | $0.00 | Unknown |
| **3 Matrix triple outlet stations with telescoping arm** | $0.00 | Unknown |
| **Matrix Nitrogen outlet station with quick connect** | $0.00 | Unknown |
| **CSI Critical Systems on a mobile cart** | $0.00 | Unknown |
| **4 Simplified Systems wall mounted communicators** | $0.00 | Unknown |
| **Brewer operator's stool** | $0.00 | Unknown |
| **2 Midmark cup, towel, glove dispensers** | $0.00 | Unknown |
| **Midmark Base cabinet with foot activated faucet, solid surface countertop, waste drop, faucet, drawer storage, work station storage module** | $0.00 | Unknown |
| **Operators stool** <br> **Color: Saffron** | $0.00 | Unknown |
| **Sirona DS Intra Oral X-Ray System** | $0.00 | Unknown |
| **Schick USB remote** | $0.00 | Unknown |
| **Schick Size 2 X-Ray sensor** | $0.00 | Unknown |
| **NEC monitor, keyboard, mouse** | $0.00 | Unknown |
| **Mobile work surface chart** | $0.00 | Unknown |
| **Parts Warehouse Vacuum accessory kit** | $0.00 | Unknown |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor   **Cynthia R. Satko, D.D.S.**
Name

Case number *(If known)* _____

| | | | |
|---|---|---|---|
| **Toshiba wall mount TV and mount** | $0.00 | | Unknown |
| **2 Midmark surgical lights #355** | $0.00 | | Unknown |
| **CSI Criticare Systems Comfort Cuff 506N3 on a mobile cart** | $0.00 | | Unknown |
| **Matrix MDM Flow meter and rubber goods and quick connect tubings** | $0.00 | | Unknown |
| **2 Halls/Stryker handpieces and attachments** | $0.00 | | Unknown |
| **Midmark Base cabinet with foot activated faucet, solid surface countertop, faucet, CPU storage and drawer module** | $0.00 | | Unknown |
| **Conmed Linvatec E9000 System** | $0.00 | | Unknown |
| **Brumaba GMBH & Co. REF.21.017 (2017) Patient chair Color: Plum** | $0.00 | | Unknown |
| **CSI Critical Systems, Inc on a mobile cart** | $0.00 | | Unknown |
| **Brumada Balance operator's stool** | $0.00 | | Unknown |
| **Ellman Dento-Surg 90 F.F.P.** | $0.00 | | Unknown |
| **Parts Warehouse Vacuum Accessories Kit** | $0.00 | | Unknown |
| **Matrix nitrogran outlet station with quick connect** | $0.00 | | Unknown |
| **Matrix MDM flowmeter and rubber goods and quick connect tubings** | $0.00 | | Unknown |
| **Matrix Oxygen Demand Valve** | $0.00 | | Unknown |
| **Matrix Portable Suction Unit with cannister and tubings** | $0.00 | | Unknown |
| **Matrix telescoping arm** | $0.00 | | Unknown |
| **Forest wall mount unit with 2 HP manual control and three-way syringe with clean H2O System** | $0.00 | | Unknown |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor    **Cynthia R. Satko, D.D.S.**                              Case number *(If known)* _____
          Name

| | | |
|---|---|---|
| **Prophy slowspeed handpiece** | $0.00 | Unknown |
| **Wireless curing light** | $0.00 | Unknown |
| **A.E.D. unit** | $0.00 | Unknown |
| **NSK Surgical Electric Handpiece System with handpiece and attachments** | $0.00 | Unknown |

51.    **Total of Part 8.**

       Add lines 47 through 50.    Copy the total to line 87.                     | $0.00 |

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☒ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ☒ No
       ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☒ No.    Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No.    Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.    Go to Part 12.
☒ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

       **Employee Retention Credit from IRS**              Tax year _____    $42,000.00

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                       Best Case Bankruptcy

Debtor    **Cynthia R. Satko, D.D.S.**                                    Case number *(If known)* _____
            Name

75.    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                                            | $42,000.00 |

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ☒ No
       ☐ Yes

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                  Best Case Bankruptcy

| Debtor | **Cynthia R. Satko, D.D.S.** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

**Part 12:**    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$3,000.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$3,791.67** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9* ....................................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$42,000.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$48,791.67** + 91b. | **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$48,791.67** |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Cynthia R. Satko, D.D.S.**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Cynthia R. Satko, D.D.S.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **800 Hillgrove LLC** | ☐ Contingent | |
| | **700 Hillgrove Avenue** | ☐ Unliquidated | |
| | **Western Springs, IL 60558** | ☐ Disputed | |
| | Date(s) debt was incurred  05/01/2007 | Basis for the claim:  **Office lease** | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54,012.16** |
|---|---|---|---|
| | **Bank of America** | ☐ Contingent | |
| | **4909 Savarese Cir** | ☐ Unliquidated | |
| | **Tampa, FL 33634-2413** | ☐ Disputed | |
| | Date(s) debt was incurred  1993-01 | Basis for the claim:  **Revolving Account** | |
| | Last 4 digits of account number  5972 | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,097.81** |
|---|---|---|---|
| | **Bank of America** | | |
| | **Business Card** | | |
| | **PO Box 15796** | ☐ Contingent | |
| | **Wilmington, DE 19886-5796** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred  11/09/2023 | Basis for the claim:  **Credit card purchases** | |
| | Last 4 digits of account number  6893 | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,653.82** |
|---|---|---|---|
| | **Bankers Healthcare Group** | ☐ Contingent | |
| | **PO Box 306005** | ☐ Unliquidated | |
| | **Nashville, TN 37230-6005** | ☐ Disputed | |
| | Date(s) debt was incurred  11/18/2023 | Basis for the claim:  **Credit card purchases** | |
| | Last 4 digits of account number  5850 | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,325.68** |
|---|---|---|---|
| | **Capital One** | ☐ Contingent | |
| | **PO Box 30285** | ☐ Unliquidated | |
| | **Salt Lake City, UT 84130-0285** | ☐ Disputed | |
| | Date(s) debt was incurred  2008-07 | Basis for the claim:  **Revolving account** | |
| | Last 4 digits of account number  4656 | Is the claim subject to offset?  ☒ No   ☐ Yes | |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

| Debtor | Cynthia R. Satko, D.D.S. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,313.20**

**Chase Bank/MileagePlus United**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2012-05**

Basis for the claim:  **Revolving account**

Last 4 digits of account number  **0016**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48.00**

**Fnb Omaha**
**PO Box 3128**
**Omaha, NE 68103-0128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-07-01**

Basis for the claim:  **Revolving Account**

Last 4 digits of account number  **7258**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,985.86**

**Pinnacle Financial Partners/BHG**
**150 3rd Ave S**
**Nashville, TN 37201-2034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016-12**

Basis for the claim:  **Revolving account**

Last 4 digits of account number  **1930**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48,647.14**

**Wells Fargo SBL**
**Payment Remittance Center**
**PO Box 51174**
**Los Angeles, CA 90051-5474**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/23/2023**

Basis for the claim:  **Credit card purchases**

Last 4 digits of account number  **9428**

Is the claim subject to offset? ☒ No ☐ Yes

---

### Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.   Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 226,083.67 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 226,083.67 |

---

**Fill in this information to identify the case:**

Debtor name   **Cynthia R. Satko, D.D.S.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                   12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | **Rental of Dental Office** |
| State the term remaining | **5 months** |
| List the contract number of any government contract | **800 Hillgrove, LLC/Everett Builders, Inc**<br>**700 Hillgrove Ave.**<br>**Western Springs, IL 60558** |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Cynthia R. Satko, D.D.S.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | _____ | _____ | ☐ D |
| | | Street | | ☐ E/F |
| | | _____ | | ☐ G |
| | | City          State      Zip Code | | |
| 2.2 | _____ | _____ | _____ | ☐ D |
| | | Street | | ☐ E/F |
| | | _____ | | ☐ G |
| | | City          State      Zip Code | | |
| 2.3 | _____ | _____ | _____ | ☐ D |
| | | Street | | ☐ E/F |
| | | _____ | | ☐ G |
| | | City          State      Zip Code | | |
| 2.4 | _____ | _____ | _____ | ☐ D |
| | | Street | | ☐ E/F |
| | | _____ | | ☐ G |
| | | City          State      Zip Code | | |

**Fill in this information to identify the case:**

Debtor name __**Cynthia R. Satko, D.D.S.**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **01/01/2023** to **Filing Date** | ☒ Operating a business<br><br>☐ Other _____ | **$-101,807.00** |
| **For prior year:**<br>From **01/01/2022** to **12/31/2022** | ☒ Operating a business<br><br>☐ Other _____ | **$481,162.00** |
| **For year before that:**<br>From **01/01/2021** to **12/31/2021** | ☒ Operating a business<br><br>☐ Other _____ | **$488,443.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor    Cynthia R. Satko, D.D.S.                                                    Case number *(if known)*

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Evenhouse & Company PC**<br>**1 S 660 Midwest Road Ste 250**<br>**Villa Park, IL 60181** | **December 2023** | **$9,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other **Accounting Services for tax year 2023** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☒ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☒ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☒ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☒ None

Debtor    Cynthia R. Satko, D.D.S.                                    Case number *(if known)*

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Thinking Outside the Box Law, Inc.**<br>**40 Shuman Blvd.**<br>**Suite 320**<br>**Naperville, IL 60563** | | **11/18/2023** | **$6,338.00** |
| | Email or website address<br>**email@otblaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Cynthia R. Satko, D.D.S.                                    Case number *(if known)*

☒ Does not apply

| Address | Dates of occupancy From-To |
|---------|----------------------------|

## Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ☒ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|---------------------------------------------------------------------------------|----------------------------------------------------------------------------|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☐ No.
    ☒ Yes. State the nature of the information collected and retained.

    **Personally identifiable information for healthcare purposes**

    Does the debtor have a privacy policy about that information?
    ☐ No
    ☒ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☒ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|----------------------------------------|---------------------------------|-------------------------------|------------------------------------------------------|------------------------------------------|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|-----------------------------------------|-------------------------------------------|-----------------------------|----------------------------|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   Cynthia R. Satko, D.D.S. _____   Case number *(if known)* _____

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

Debtor    Cynthia R. Satko, D.D.S.                                          Case number *(if known)*

☒ None

| Name and address | Date of service From-To |
|---|---|
|  |  |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
|  |  |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **EVENHOUSE & CO, P.C**<br>**1S660 MIDWEST RD**<br>**STE 200**<br>**Oakbrook Terrace, IL 60181** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Cynthia Satko | 919 S. Grant Street<br>Hinsdale, IL 60521 | President | 100 |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

Debtor   **Cynthia R. Satko, D.D.S.**                                   Case number *(if known)*

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **December 30, 2023**

**/s/   Cynthia Satko**                                   **Cynthia Satko**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor      **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Cynthia R. Satko, D.D.S.**                                              Case No. _____
_____
                            Debtor(s)                                Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ..................................................... $          **6,000.00**

Prior to the filing of this statement I have received ....................................... $          **6,000.00**

Balance Due ................................................................................................... $             **0.00**

2.    The source of the compensation paid to me was:

☒ Debtor            ☐ Other (specify):

3.    The source of compensation to be paid to me is:

☒ Debtor            ☐ Other (specify):

4.    ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.    [Other provisions as needed]

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Adversary proceedings other than turnover of estate property.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 30, 2023**                                        **/s/ Jon Dowat**
_____                          _____
*Date*                                                **Jon Dowat 6284536**
                                                      *Signature of Attorney*
                                                      **Thinking Outside the Box Law Inc**
                                                      **40 Shuman Blvd., Suite 320**
                                                      **Naperville, IL 60563**
                                                      **(630) 225-9840   Fax: (630) 225-7884**
                                                      **email@otblaw.com**
                                                      _____
                                                      *Name of law firm*

---

**THINKING OUTSIDE THE BOX LAW** inc.

*Jon Dowat Attorney at Law*

## Contract for Legal Services – Bankruptcy

**What to expect from your attorney:**

As your attorney, my responsibilities are to prepare and to file the bankruptcy petition with the Bankruptcy Court. Once you pay the initial fee, my office will start processing your petition. We will file your petition once the fees are paid in full. Our fee is fully earned and is property of Thinking Outside the Box Law, Inc., at the time in which your petition is completed.

The services provided to you by my office include the following:

- The preparation of your bankruptcy petition;
- The filing of your bankruptcy petition with the Bankruptcy Court;
- The completion of your Section 341 Meeting of Creditors;
- The competition of routine Trustee requests regarding documentation;
- The drafting and filing of any routine Notices and Motions; and
- The preparation of a Reaffirmation Agreement, if applicable.

The services provided to you by my office **do not** include the following:

- The filing and answering of adversary complaints;
- Services regarding any issues relating to loan modifications, mortgages, or foreclosures on real property; and
- Services related to complicated or extraordinary court proceedings, including, but not limited to: Motions to Sell Property, Lien Strip Motions, and Motions to Determine Dischargeability.

When your Bankruptcy is closed, my office will mail out the Order of Discharge and close the file. We will mail back original documents to you and for privacy reasons shred any other personal information in your file. Filed documents, including the original bankruptcy petition, will be stored on the Bankruptcy Court's secure server and will be available through the Court's website.

As part of the flat fee, our firm will handle routine administrative work that occurs during the course of the bankruptcy.

Work requested outside of the scope of the flat fee will be completed for additional fees. This work includes, but is not limited to the following:

- Any routine administrative work after the bankruptcy closing
- Accounting services

*40 Shuman Blvd. Suite 320 Naperville, IL 60563*
*Direct 630-225-9840 ▢ Fax 630-225-7884*



**THINKING OUTSIDE THE BOX LAW** Inc.

*Jon Dowat Attorney at Law*

We will inform you when work on your case has begun to assure you that our time is dedicated to your case and not to the day-to-day interruptions that occur. If special circumstances arise that require immediate attention, you may request rush service for an additional fee of $500.00. Aside from this, we want to respect all of our clients and complete their work timely.

If you decide not to continue with your bankruptcy proceeding, you agree to pay our office for its services based on the time spent on your matter in the amount of $400.00 per hour plus costs. Payment will be due immediately upon receipt of an invoice from our office.

**You understand that:**
Once your bankruptcy is discharged, dismissed, or confirmed, our contract is concluded. If there is additional work that you request of my office, additional fees will be determined at that time.

The attorney fee listed in this contract is based on the attorney's initial review of your case. Fees are subject to change based on the Chapter that you file and complexity of your case. By signing below, you understand that your attorney fee and Court fee may change.

Your cooperation is imperative to the success of your case. Return calls and emails promptly. Submit documents timely. Stay in communication with the attorney on your case.

You agree that my office has made no guarantee regarding the outcome of any part of your case.

You agree that you are responsible for all costs associated with the processing of your case.

By signing below, you agree that you have read this contract and understand it fully.

(X) _Cynthia Satko_   _28 Dec 2023_
Debtor (Print name)          Date

(X) _Cynth N Snl_   _28 Dec 2023_
Debtor (Sign name)          Date

_____   _____
Joint Debtor (Print name)          Date

_____   _____
Joint Debtor (Sign name)          Date

Attorney fee: __$6,000__

Court fee: __$338__
($313 for Chapter 13)
($338 for Chapter 7)

_Jon Dowat_ (signature)
Jon Dowat

*40 Shuman Blvd. Suite 320 Naperville, IL 60563*
*Direct 630-225-9840 ☐ Fax 630-225-7884*

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Cynthia R. Satko, D.D.S.**                  Case No. _____

                          Debtor(s)       Chapter    **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **December 30, 2023** _____       **/s/  Cynthia Satko** _____

                                         **Cynthia Satko**/**President**
                                         Signer/Title

800 Hillgrove LLC
700 Hillgrove Avenue
Western Springs, IL 60558


800 Hillgrove, LLC/Everett Builders, Inc
700 Hillgrove Ave.
Western Springs, IL 60558


Bank of America
4909 Savarese Cir
Tampa, FL 33634-2413


Bank of America
Business Card PO Box 15796
Wilmington, DE 19886-5796


Bankers Healthcare Group
PO Box 306005
Nashville, TN 37230-6005


Capital One
PO Box 30285
Salt Lake City, UT 84130-0285


Chase Bank/MileagePlus United


Fnb Omaha
PO Box 3128
Omaha, NE 68103-0128


Pinnacle Financial Partners/BHG
150 3rd Ave S
Nashville, TN 37201-2034


Wells Fargo SBL
Payment Remittance Center PO Box 51174
Los Angeles, CA 90051-5474

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Cynthia R. Satko, D.D.S.**
_____
Debtor(s)

Case No. _____

Chapter   **7**   _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Cynthia R. Satko, D.D.S.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

**December 30, 2023**
_____
Date

**/s/ Jon Dowat**
_____
**Jon Dowat 6284536**
Signature of Attorney or Litigant
Counsel for   **Cynthia R. Satko, D.D.S.**
_____
**Thinking Outside the Box Law Inc**
**40 Shuman Blvd., Suite 320**
**Naperville, IL 60563**
**(630) 225-9840  Fax:(630) 225-7884**
**email@otblaw.com**