# Exhibit 1

{00014788}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **Cynthia Satko, D.D.S.,** | Bankruptcy No. 23-17471 |
| Debtor. | Honorable David D. Cleary |

### DECLARATION OF CHERYL WESLER

1. I am a certified public accountant licensed by the State of Michigan, and the President of Wesler & Associates CPA ("Wesler"), located at 6523 Stadium Drive, Kalamazoo, MI 49009. This declaration is offered in support of the Trustee's application to employ accountants. The matters set forth herein are true and correct to the best of my knowledge and belief.

2. To the best of my knowledge, neither I, Wesler, nor any employee or partner of Wesler hold or represent any interest adverse to the Debtor or its estate within the meaning of section 327(a) of the Bankruptcy Code.

3. To the best of my knowledge, I, Wesler, and all of its employees and partners are disinterested as that term is defined in Section 101(14A) and used in section 327(a) of the Bankruptcy Code.

4. To the best of my knowledge, neither I, Wesler, nor any of its employees or partners have any connections with the debtor, its credtiors, the Trustee, the United States Trustee, any person employed in the office of the U.S. Trustee, or any other party in interest or their respective attorneys and professionals, within the meaning of Federal Rule of Bankruptcy Procedure 2014(a).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _February 22, 2024_          _____
           Date                                                        Signature

{00225167}