Form G-3

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:  Cynthia R. Satko, D.D.S.         )  Chapter 7
                                          )
                                          )  No. 23-17471
                                          )
         Debtor(s)                        )  Judge David D. Cleary

## NOTICE OF MOTION

TO:  See attached list

PLEASE TAKE NOTICE that on <u>April 24, 2024</u>, at <u>10:00 am</u>, I will appear before the Honorable <u>David D. Cleary</u>, or any judge sitting in that judge's place, **either** in courtroom <u>644</u> of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, **or** electronically as described below, and present the motion of <u>800 Hillgrove LLC</u> [to/for] <u>Entry of an Order Approving Settlement and Compromise of Claims</u>, a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

You may appear electronically by video or by telephone.

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is <u>161 122 6457</u>, and the passcode is <u>Cleary644</u>. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

By: /s/ William O. Chatt

Attorney for Creditor

**CERTIFICATE OF SERVICE**

    I, _Samantha Atenco_____ , certify [if an attorney]/declare under penalty of perjury under the laws of the United States of America [if a non-attorney] that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on _April 11, 2024_____ , at _before 5pm___ .

 

                                      /s/ Samantha Atenco_____
                                      [Signature]

SERVICE LIST

*VIA FIRST-CLASS MAIL*
Cynthia R. Satko, D.D.S.
800 Hillgrove Ave, Suite 202
Western Springs, IL 60558

*VIA FIRST-CLASS MAIL*
Ariane Holtschlag, trustee
105 W Madison, Suite 2300
Chicago, IL 60602

*VIA FIRST-CLASS MAIL*
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St, Room 873
Chicago, IL 60604

*VIA FIRST-CLASS MAIL*
Jon Dowat
Thinking Outside the Box Law, Inc.
40 Shuman Blvd., Suite 320
Naperville, IL 60563

*VIA FIRST-CLASS MAIL*
Justin R. Storer
Law Office of William J. Factor
105 W. Madison St., Suite 2300
Chicago, IL 60602